Jon Yard Arnason (JYA 1882)
Steven Berger (SB 8718)
Nkiruka R. Nwokoye (NRN 9074)
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
805 Third Avenue, 23rd Floor
New York, New York 10022-2203
Telephone: (212) 407-7775
Facsimile: (212) 407-7799

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>C2 MEDIA LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-15256 (REG),<br>01-15257 (REG) and<br>01-15838 (REG)<br><br>Jointly Administered |

**NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE
IN THE CHAPTER 11 CASES**

PLEASE TAKE NOTICE that the effective date of the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, dated July 28, 2004, for C2 Media, LLC, C2 Media.com, Inc. and C2 Creative, Inc., occurred on October 1, 2004.

Dated: October 7, 2004
      New York, New York

Respectfully submitted,

VEDDER PRICE KAUFMAN & KAMMHOLZ, P.C.

/s/ Jon Yard Arnason
Jon Yard Arnason (JYA 1882)
Steven Berger (SB 8718)
Nkiruka R. Nwokoye (NRN 9074)
805 Third Avenue, 23rd Floor
New York, New York 10022-2203
Telephone: (212) 407-7700
Facsimile: (212) 407-7799

Attorneys for the Debtors and
Debtors-in-Possession